James J. O'Donnell, SBN 120940
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, California 94598
Tel. (925) 935-1707

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

TERESA VIERA,

    Plaintiff,

vs.

MASTERCORP, INC., AND DOE ONE THROUGH DOE FIFTY, inclusive,

    Defendants.

Case No. C 11-01794 JCS

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

Date: July 22, 2011
Time: 1:30 p.m.
Dept. Magistrate Judge Joseph C. Spero

Pursuant to Civil L.R. 16-10(a), and the Magistrate's Standing Order 3 Re: Calendar and Conferences, counsel for Plaintiff respectfully requests that he be allowed to appear telephonically at the Case Management Conference of July 22, 2011.

Dated: July 15, 2011

    O'DONNELL & SMITH



Dated: 7/19/11

JAMES J. O'DONNELL, ESQ.
Attorney for Plaintiff

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE

CCP§1013a(3)

I, Assal Badrkhani, declare that:

I am employed in the county of Contra Costa, California. I am over the age of eighteen years and not a party to the within action; my business address is The Law Offices of O'Donnell & Smith, 309 Lennon Lane, Suite 101, Walnut Creek, California 94598. On July 15, 2011, I served the within Plaintiff's Request to Appear Telephonically at Case Management Conference on the parties in this action by placing the original or a true copy thereof in a sealed envelope, for collection and mailing on that date following ordinary business practices, at Walnut Creek, California, addressed as follows:

William Fitzgerald, Esq.
Narayan & Hudson
101 Second Street
Suite 1600
San Francisco, CA 94105
Tel: 415/227-2322
Fax: 415/227-2360

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing, which is that correspondence is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 15, 2011, at Walnut Creek, California.

_____
Assal Badrkhani

Viera v. Mastercorp, Inc.
C 11-0174 JCS