James J. O'Donnell, SBN 120940
Law Offices of
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Tel. (925) 935-1707

Attorneys for Plaintiff
TERESA VIERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VIERA, | Case No. C 11-01794 JCS |
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER |
| vs. | |
| MASTERCORP, INC, AND DOE ONE THROUGH DOE FIFTY, inclusive, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND DEFENDANT MASTERCORP, INC., AS FOLLOWS:

WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has been appointed the ENE Evaluator;

WHEREAS, the parties have determined to complete certain discovery to make the ENE process most efficient;

WHEREAS, in light of the volume of work to be completed, the calendars of plaintiff's and

STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)

1

1  defense counsel and the ENE evaluator, the parties require to the end of November 2011 to
2  complete the agreed upon discovery and to schedule an ENE hearing date that is workable for the
3  parties, Ms. Pandell, and counsel;
4     WHEREAS the Court previously ordered that (1) the ENE process be completed by October
5  14, 2011, and (2) the parties participate in a further Case Management Conference on October 21,
6  2011;
7     WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and
8  the Court to modify these dates and hereby stipulate to and request that the parties shall have to and
9  including November 30, 2011, to complete the ENE process, and that a further Case Management
10 Conference be set on the first date in December, 2011, convenient to the Court's schedule.
11    IT IS SO AGREED.
12
13 Dated: August 11, 2011                              O'DONNELL & SMITH
14
15
16                                              BY: /s/ James J. O'Donnell
17                                                  JAMES J. O'DONNELL, ESQ.
                                                    Attorney for Plaintiff
                                                    TERESA VIERA
18
19
20
21
22
23
24
25
26
27 STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
   PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)
28
                                                    2

1
2
3  Dated: August 11, 2011
4
5
6
7
8                                              NARAYAN & HUDSON
9
10                                             BY: _____
                                                   WILLIAM FITZGERALD, ESQ.
11                                                 Attorney for Defendant
                                                   MASTERCORP, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
    PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)
28

3

## ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court orders that the parties shall have to and including November 30, 2011, to complete the ENE process, and that a further Case Management Conference shall be set for December 2, 2011, at 1:30 p.m. Updated case mgmt conference statement shall be due by 11/30/11.

IT IS SO ORDERED.

Dated: 08/12 , 2011

By: _____
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT