James J. O'Donnell, SBN 120940
Law Offices of
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Tel. (925) 935-1707

Attorneys for Plaintiff
TERESA VIERA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VIERA,<br>               Plaintiff,<br><br>vs.<br><br>MASTERCORP, INC., AND DOE ONE THROUGH DOE FIFTY, inclusive,<br><br>               Defendants. | Case No. C 11-01794 JCS<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER** |

## STIPULATION

IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND DEFENDANT MASTERCORP, INC., AS FOLLOWS:

WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has been appointed the ENE Evaluator;

WHEREAS, the parties have determined to complete certain discovery to make the ENE process most efficient;

WHEREAS, Plaintiff's counsel is in trial the week of November 28, 2011, the parties

STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)

1

1  require up to January 31, 2012, to schedule an ENE hearing date that is workable for
2  the parties, Ms. Pandell, and counsel;
3      WHEREAS the Court previously ordered that (1) the ENE process be completed by
4  November 30, 2011, and (2) the parties participate in a further Case Management Conference on
5  December 2, 2011;
6      WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and
7  the Court to modify these dates and hereby stipulate to and request that the parties shall have to and
8  including January 31, 2012, to complete the ENE process, and that a further Case Management
9  Conference be set on the first date in February, 2012, convenient to the Court's schedule.
10     WHEREAS Ms. Pandell concurs with the abovementioned scheduling.
11     IT IS SO AGREED.
12
13 Dated: November 28, 2011     O'DONNELL & SMITH
14
15
16     BY: _____
    JAMES J. O'DONNELL, ESQ.
    Attorney for Plaintiff
17     TERESA VIERA
18
19
20 Dated: November 21, 2011     NARAYAN & HUDSON
21
22
23     BY: _____
    CHRISTOPHER HOGAN, ESQ.
24     Attorney for Defendant
    MASTERCORP, INC.
25
26
27 STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
   PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)
28                                                   2

Updated cmc statement due by 1/27/12.

3  2012

11/29

