```
 1  James J. O'Donnell, SBN 120940
        Law Offices of
 2   O'DONNELL & SMITH
     309 Lennon Lane, Suite 101
     Walnut Creek, CA 94598
 3      Tel. (925) 935-1707

 4  Attorneys for Plaintiff
    TERESA VIERA
 5
```

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  TERESA VIERA,                         )  Case No. C 11-01794 JCS
                          Plaintiff,     )
10                                       )  STIPULATION AND ORDER
                                         )  REGARDING MODIFICATION OF
11  vs.                                  )  FURTHER CASE MANAGEMENT AND
                                         )  PRE-TRIAL ORDER
12                                       )
13  MASTERCORP, INC., AND DOE ONE        )
    THROUGH DOE FIFTY, inclusive,        )
14                                       )
                          Defendants.
15  _____

16
                              **STIPULATION**
17

18
        IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND
19
    DEFENDANT MASTERCORP, INC., AS FOLLOWS:
20
        WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral
21
    Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has
22
    been appointed the ENE Evaluator;
23
        WHEREAS, the parties have determined to complete certain discovery to make the ENE
24
    process most efficient;
25
        WHEREAS, Plaintiff's counsel is in trial the week of November 28, 2011, the parties
26
    STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
27  PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)
                                            1
28

1  require up to January 31, 2012, to schedule an ENE hearing date that is workable for
2  the parties, Ms. Pandell, and counsel;
3      WHEREAS the Court previously ordered that (1) the ENE process be completed by
4  November 30, 2011, and (2) the parties participate in a further Case Management Conference on
5  December 2, 2011;
6      WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and
7  the Court to modify these dates and hereby stipulate to and request that the parties shall have to and
8  including January 31, 2012, to complete the ENE process, and that a further Case Management
9  Conference be set on the first date in February, 2012, convenient to the Court's schedule.
10      WHEREAS Ms. Pandell concurs with the abovementioned scheduling.
11      IT IS SO AGREED.
12
13  Dated: November 28, 2011        O'DONNELL & SMITH
14
15
16                        BY: _____
                              JAMES J. O'DONNELL, ESQ.
17                                Attorney for Plaintiff
                              TERESA VIERA
18
19
20
   Dated: November 21, 2011        NARAYAN & HUDSON
21
22
23                        BY: _____
                              CHRISTOPHER HOGAN, ESQ.
24                                Attorney for Defendant
                              MASTERCORP, INC.
25
26
27  STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
    PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)
28                                      2

3 2012

Updated cmc statement due by 1/27/12.

11/29

