```
 1 | James J. O'Donnell, SBN 120940
   | O'DONNELL & SMITH
 2 | 309 Lennon Lane, Suite 101
   | Walnut Creek, California 94598
 3 | Tel. (925) 935-1707
 4 |
   | Attorneys for Plaintiff
 5 | TERESA VIERA
 6 | Christopher J. Hogan, SBN 191546
   | LAW OFFICE OF BEVERLY E. NARAYAN
 7 | 101 2nd Street, Suite 1600
   | San Francisco, California 94105
 8 | Tel (415) 227-2328 (Direct)
 9 |
   | Attorneys for Defendant
10 | MASTERCORP, INC.
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| TERESA VIERA, | ) Case No. C 11-01794 JCS |
| --- | --- |
| Plaintiff, | ) |
| | ) **JOINT UPDATED CASE** |
| | ) **MANAGEMENT STATEMENT** |
| vs. | ) |
| | ) |
| MASTERCORP, INC., AND DOE ONE | ) Date: February 3, 2012 |
| THROUGH DOE FIFTY, inclusive, | ) |
| | ) Time: 1:30 p.m. |
| | ) |
| | ) Dept. Magistrate Judge Joseph C. Spero |
| Defendants. | ) |

1. JURISDICTION AND SERVICE: The Court has diversity jurisdiction in this matter. Plaintiff Teresa Viera is a resident of California. Defendant Mastercorp, Inc. is a citizen of Tennessee. Plaintiff's personal injury claims against Defendant are in excess of

-1-

$75,000.00 exclusive of interest and costs. All necessary parties have been served and have appeared in this action.

2. FACTS: On November 26, 2008, Ms. Viera was a guest at the Grandview Timeshare Condominium in Las Vegas. Ms. Viera was preparing to enter the building through the front lobby door. It was raining. She was walking into the lobby area through the sliding front doors. Ms. Viera claims she stopped and wiped her feet on the carpeted area. She claims she saw an employee of Defendant who was mopping inside of the lobby, but further inside and away from the front door. Defendant denies that the employee was mopping, she was sweeping the area. That employee said nothing to Plaintiff and gave no warning to Plaintiff. As Ms. Viera stepped off the mat, she claims slipped and fell on the slippery wet floor that had plaintiff claims been wet mopped by Defendant's employee. Defendant claims that plaintiff slipped as she alighted because of her wet footwear from the rain. Plaintiff slipped on fell backwards and landed on her left wrist causing a severe fracture of the distal radius bone in her wrist that required two surgeries. Defendant denies negligence and denies that any conduct of defendant caused Plaintiff injury.

3. LEGAL ISSUES: This case has claims of premises liability and negligence. There are no disputed points of law at this time.

4. MOTIONS: Defendant's Motion to Transfer Venue was denied by this court on June 2, 2011. No additional motions are planned at this time.

5. AMENDMENT TO PLEADINGS: None planned at this time.

6. EVIDENCE PRESERVATION: Plaintiff's counsel sent a letter to Defendant's insurance carrier on December 22, 2009, requesting photographs of the scene of the

accident and any videotape of the incident and/or the incident scene. Photographs have ben produced but Defendant is not aware of any video.

7. DISCLOSURES: See Plaintiff's and Defendant's Rule 26 disclosures which accompany this statement as Exhibits 1 and 2.

8. DISCOVERY: The parties will take the depositions of Plaintiff and Defendant's two employees who were at the scene of the accident prior to April 11, 2012. A site inspection of the accident scene will also take place prior to April 11, 2012.

9. CLASS ACTION: Not applicable.

10. RELATED CASES: None.

11. RELIEF: Plaintiff seeks recovery of medical bills in excess of $36,000.00 for the medical treatment of her wrist fracture. Plaintiff also seeks general damages in excess of $100,000.00 for the past and future physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety and emotional distress. Plaintiff has only recovered 20% of the grip strength of her injured left hand.

12. SETTLEMENT AND ADR: The parties have agreed to, and the Court has ordered, Early Neutral Evaluation to be completed by January 31, 2012. The parties believe they will be in a much better position to evaluate settlement once the planned discovery is completed.

13. CONSENT TO A MAGISTRATE FOR ALL PURPOSES: Consent was signed and filed by both parties.

14. OTHER REFERENCES: Not applicable at this time.

15. NARROWING ISSUES: The parties stipulate that the evidentiary foundation for medical records and billing can be establish without requiring testimony from the custodian of records.

16. EXPEDITED SCHEDULE: Parties agree expedited schedule not appropriate for this case.

17. SCHEDULING: 1)ADR completed by January 31, 2012; 2)Designation of Experts March 30, 2012; 3)Discovery Cut Off May 30, 2012; 4)Deadline for hearing of Dispositive Motions May 30, 2012; 5)Pretrial Conference June 15, 2012: 6)Trial June 25, 2012.

18. TRIAL: 2 to 3 day Court trial or 4 to 5 day jury trial (Defendant requests jury).

19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS: Not applicable to this case.

Dated: January 27, 2012

O'DONNELL & SMITH

BY: _____
JAMES J. O'DONNELL, ESQ.
Attorneys for Plaintiff Teresa Viera

Dated: January 27, 2012

LAW OFFICE OF BEVERLY E. NARAYAN

BY: _____
CHRISTOPHER J. HOGAN, ESQ.
Attorneys for Defendant Mastercorp, Inc.

James J. O'Donnell, SBN 120940
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, California 94598
Tel. (925) 935-1707

Attorneys for Plaintiff
TERESA VIERA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TERESA VIERA,

   Plaintiff,

vs.

MASTERCORP, INC., AND DOE ONE
THROUGH DOE FIFTY, inclusive,

   Defendants.

Case No. C 11-01794 JCS

**PLAINTIFF'S
RULE 26 (a)(1) DISCLOSURE**

1.  WITNESSES: Plaintiff TERESA VIERA on damages, causation and liability; Gisela Calkins, 141 St. Patrick Drive, Danville, California, 94526 on damages, causation and liability; Jadwiga Sulikowski, 7004 Wineberry Way, Dublin, California 94568 on damages, causation and liability; Theodore Viera, 11 Canyon Hill Court, San Ramon, California 94582, on damages; Gregory Horner, M.D., 4626 Willow Road, Pleasanton, California, 94588, on causation and damages; Man Kong Leung, M.D., 4466 Black Avenue, Suite A. Pleasanton, California, 94566, on causation and damages; Barbara Fong, OTR/L, CHT, 4626 Willow Road, Pleasanton, California, 94588, on causation and damages

EXHIBIT 1

-1-

2. DOCUMENTS: Photographs of the Scene of the Accident; St. Rose Dominican Hospital Records; Tri Valley Orthopedic Medical Records; San Ramon Regional Medical Center Medical Records; Pleasanton Surgery Center Medical Records; Tri Valley Orthopedics Occupational Therapy Records; Photographs of Plaintiff's Disfigurement and Scarring; Medical Bills.

3. COMPUTATION OF DAMAGES: Ms. Viera incurred general damages in excess of $100,000 based on the medical records, photographs of the injury, and medical bills. Ms. Viera incurred the following medical bills:

| | | |
|---|---|---|
| 1) | Tri Valley Orthopedic Specialists | $8,046.18 |
| 2) | Pacific Medical, Inc. | $79.00 |
| 3) | Brent R. Larson, M.D. | $1,427.50 |
| 4) | Bay Area Cardiology Medicine | $40.00 |
| 5) | San Ramon Regional Medical Center | $22,687.98 |
| 6) | Quest Diagnostics | $166.75 |
| 7) | Man Kong Leung, M.D. | $1,455.00 |
| 8) | St. Rose Dominican Hospital | $2,158.00 |
| | | $36,060.41 |

Dated: July , 2011

O'DONNELL & SMITH

BY: /s/

JAMES J. O'DONNELL, ESQ.
Attorney for Plaintiff
jjo@oslawfirm.com
925/935-1707

```
 1  LAW OFFICE OF BEVERLY E. NARAYAN
    101 2nd Street, Suite 1600
 2  San Francisco, California 94105
    Tel. (415) 227-2328
 3  Email: William.Fitzgerald@zurichna.com

 4

 5  Attorneys for Defendant
    MASTERCORP, INC.
 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA

10  TERESA VIERA,                  )  Case No. C 11-01794 JCS
11                                 )
                    Plaintiff,     )
12                                 )
                                   )  DEFENDANT'S
13  vs.                            )  RULE 26 (a)(1) DISCLOSURE
                                   )
14                                 )
                                   )
15  MASTERCORP, INC., AND DOE ONE  )
    THROUGH DOE FIFTY, inclusive,  )
16                                 )
                                   )
17                                 )
                                   )
18                  Defendants.    )
```

19     1.    WITNESSES: Officer Johnny Dyer of Grandview Security and Housekeeping employees and supervisor.

   2.    DOCUMENTS: Photographs of the Scene of the Accident; Grandview Security Incident Report; Grandview Security Voluntary Statement; Recorded Statement of Plaintiff, Teresa Viera, dated December 18, 2008. Pursuant to stipulation with counsel, the existence of video surveillance tapes is being investigated.

   3.    INSURANCE: Zurich American Insurance Company; Policy Number: CPO 9140891 for Insured, Mastercorp, Inc.

EXHIBIT 2

4. CLAIMS OR DEFENSES: Plaintiff Viera slipped on the lobby because her footwear was wet from the rain. Defendant's employees were sweeping the interior area of debris per disclosed statements, as well as testimony if witnesses above.

Dated: July 14, 2011

LAW OFFICE OF BEVERLY E. NARAYAN

BY: _____
WILLIAM F. FITZGERALD, ESQ.
Attorneys for Defendant Mastercorp, Inc.
William.Fitzgerald@zurichna.com
(415) 227-2328