James J. O'Donnell, SBN 120940
Law Offices of
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Tel. (925) 935-1707

Attorneys for Plaintiff
TERESA VIERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VIERA,<br><br>    Plaintiff,<br><br>vs.<br><br>MASTERCORP, INC., AND DOE ONE THROUGH DOE FIFTY, inclusive,<br><br>    Defendants. | Case No. C 11-01794 JCS<br><br>STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER |

## STIPULATION

IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND DEFENDANT MASTERCORP, INC., AS FOLLOWS:

WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has been appointed the ENE Evaluator;

WHEREAS, the parties have determined to complete certain discovery to make the ENE process most efficient;

STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)

1

1

2    WHEREAS the parties had previously agreed to participate in the Early Neutral Evaluation
3    that was postponed.

4    WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and
5    the Court to continue with an ENE session and hereby stipulate to and request that the parties shall
6    have to and including May 18, 2012, to complete the ENE process. A further Case Management
7    Conference has been already set for May 25, 2012.

8    WHEREAS Ms. Pandell concurs with the abovementioned scheduling.

9    IT IS SO AGREED.

10

11   Dated: March 15, 2011                O'DONNELL & SMITH

12

13

14                                        BY: _____
                                          JAMES J. O'DONNELL, ESQ.
15                                        Attorney for Plaintiff
                                          TERESA VIERA
16

17

18

19   Dated: March 19, 2012                NARAYAN & HUDSON

20

21

22                                        BY: _____
                                          FRANK ANDERS, ESQ.
23                                        Attorney for Defendant
                                          MASTERCORP, INC.

24

25

26

27   STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
     PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)

28                                              2

## ORDER

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court orders that the parties shall have to and including May 18, 2012, to complete the ENE process.

IT IS SO ORDERED.

Dated: March 21, 2012

By: /s/ JCS
Judge Joseph C. Spero

STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)