1  James J. O'Donnell, SBN 120940
   Law Offices of
2  **O'DONNELL & SMITH**
   309 Lennon Lane, Suite 101
3  Walnut Creek, CA 94598
   Tel. (925) 935-1707
4  Attorneys for Plaintiff
5  TERESA VIERA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VIERA,<br><br>        Plaintiff,<br><br>vs.<br><br>MASTERCORP, INC., AND DOE ONE THROUGH DOE FIFTY, inclusive,<br><br>        Defendants. | Case No. C 11-01794 JCS<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER** |

### STIPULATION

IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND DEFENDANT MASTERCORP, INC., AS FOLLOWS:

WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has been appointed the ENE Evaluator;

WHEREAS, the parties have determined to complete certain discovery to make the ENE process most efficient;

STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)

1

1

2   WHEREAS the parties had previously agreed to participate in the Early Neutral Evaluation
3   that was postponed.

4   WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and
5   the Court to continue with an ENE session and hereby stipulate to and request that the parties shall
6   have to and including May 18, 2012, to complete the ENE process. A further Case Management
7   Conference has been already set for May 25, 2012.

8   WHEREAS Ms. Pandell concurs with the abovementioned scheduling.

9   IT IS SO AGREED.

10

11  Dated: March 15, 2011                    O'DONNELL & SMITH

12

13

14                                          BY: _____
                                            JAMES J. O'DONNELL, ESQ.
15                                          Attorney for Plaintiff
                                            TERESA VIERA
16

17

18

19  Dated: March 19, 2012                   NARAYAN & HUDSON

20

21

22                                          BY: _____
                                            FRANK ANDERS, ESQ.
                                            Attorney for Defendant
23                                          MASTERCORP, INC.

24

25

26

27  STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
    PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)

28                                                2

1
2
## ORDER

3   BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the
4   Court orders that the parties shall have to and including May 18, 2012, to complete the ENE process.
5   IT IS SO ORDERED.
6
7
8   Dated: _____March 21_____, 2012    By: _____[signature]_____
9                                              Judge Joseph C. Spero
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  STIPULATION AND ORDER REGARDING MODIFICATION OF FURTHER CASE MANAGEMENT AND
    PRE-TRIAL ORDER (CASE NO. C 11-01794 JCS)
28                                              2