1  James J. O'Donnell, SBN 120940
   Law Offices of
   **O'DONNELL & SMITH**
2  309 Lennon Lane, Suite 101
   Walnut Creek, CA 94598
3  Tel. (925) 935-1707

4  Attorneys for Plaintiff
   TERESA VIERA
5

6              **UNITED STATES DISTRICT COURT**

7            **NORTHERN DISTRICT OF CALIFORNIA**

8

9  TERESA VIERA,                    )   Case No. C 11-01794 JCS
                         Plaintiff,  )
10                                   )   **STIPULATION AND ORDER**
                                     )   **REGARDING MODIFICATION OF**
11  vs.                              )   **ENE DEADLINE**
                                     )
12                                   )
13  MASTERCORP, INC., AND DOE ONE    )
    THROUGH DOE FIFTY, inclusive,    )
14                                   )
                                     )
15                  Defendants.

16

17                    **STIPULATION**

18

19        IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND

20  DEFENDANT MASTERCORP, INC., AS FOLLOWS:

21        WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral

22  Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has

23  been appointed the ENE Evaluator;

24        WHEREAS, the parties have determined to complete certain discovery to make the ENE

25  process most efficient;

26

27  **STIPULATION AND ORDER REGARDING MODIFICATION OF ENE DEADLINE (CASE NO. C 11-01794 JCS)**

                                1

28

1

2      WHEREAS the parties had previously agreed to participate in the Early Neutral Evaluation

3 that was postponed.

4      WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and

5 the Court to continue with an ENE session and hereby stipulate to and request that the parties shall

6 have to and including June 29, 2012, to complete the ENE process.

7      WHEREAS Ms. Pandell concurs with the abovementioned scheduling.

8      IT IS SO AGREED.

9

10 Dated: May 3[, 2011               O'DONNELL & SMITH

11

12

13                         BY:

14                            JAMES D. O'DONNELL, ESQ.
                           Attorney for Plaintiff
                           TERESA VIERA

15

16

17

18 Dated: May 3/, 2012               NARAYAN & HUDSON

19

20                            BY:

21                            FRANK ANDERS, ESQ.
                           Attorney for Defendant

22                            MASTERCORP, INC.

23

24

27 STIPULATION AND ORDER REGARDING MODIFICATION OF ENE DEADLINE (CASE NO. C 11-01794 JCS)

28                                2

1       **<u>ORDER</u>**

2

3            BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the

4       Court orders that the parties shall have to and including June 29, 2012, to complete the ENE

5       process.

6            IT IS SO ORDERED.

7

8

9       Dated: _____June 4_____, 2012       By: _____

10                                             Joseph C. Spero
                                               U.S. Mag. Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      **STIPULATION AND ORDER REGARDING MODIFICATION OF ENE DEADLINE (CASE NO. C 11-01794 JCS)**

28