James J. O'Donnell, SBN 120940
Law Offices of
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Tel. (925) 935-1707

Attorneys for Plaintiff
TERESA VIERA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA VIERA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MASTERCORP, INC., AND DOE ONE THROUGH DOE FIFTY, inclusive,<br><br>　　　　　　Defendants. | Case No. C 11-01794 JCS<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF ENE DEADLINE** |

## STIPULATION

IT IS HEREBY STIPULATED BETWEEN PLAINTIFF TERESA VIERA AND DEFENDANT MASTERCORP, INC., AS FOLLOWS:

WHEREAS, the parties have jointly agreed to participate in the Court's Early Neutral Evaluation (ENE) process and the Court has referred this matter to ENE and Jane Pandell, Esq., has been appointed the ENE Evaluator;

WHEREAS, the parties have determined to complete certain discovery to make the ENE process most efficient;

1

2 WHEREAS the parties had previously agreed to participate in the Early Neutral Evaluation
3 that was postponed.

4 WHEREAS the parties believe it to be in the best interests of their clients, Ms. Pandell and
5 the Court to continue with an ENE session and hereby stipulate to and request that the parties shall
6 have to and including June 29, 2012, to complete the ENE process.

7 WHEREAS Ms. Pandell concurs with the abovementioned scheduling.

8 IT IS SO AGREED.

9

10 Dated: May 31, 2011    O'DONNELL & SMITH

11

12

13 BY: _____
      JAMES J. O'DONNELL, ESQ.
14       Attorney for Plaintiff
      TERESA VIERA

15

16

17

18 Dated: May 31, 2012    NARAYAN & HUDSON

19

20

21 BY: _____
      FRANK ANDERS, ESQ.
      Attorney for Defendant
22       MASTERCORP, INC.

23

24

27 STIPULATION AND ORDER REGARDING MODIFICATION OF ENE DEADLINE (CASE NO. C 11-01794 JCS)

28

2

**ORDER**

BASED ON THE FOREGOING AND GOOD CAUSE OTHERWISE APPEARING, the Court orders that the parties shall have to and including June 29, 2012, to complete the ENE process.

IT IS SO ORDERED.

Dated: __June 4__, 2012    By: _____
                              Joseph C. Spero
                              U.S. Mag. Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*