UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TERESA VIERA,<br>        Plaintiff,<br><br>  v.<br>MASTERCORP, INC., et al.,<br>        Defendants.<br>_____/ | No. C 11-1794 JCS<br><br>**ORDER COMPELLING ATTENDANCE OF APPROPRIATE AUTHORITY AT ENE**<br><br>Date:      not yet scheduled<br>Evaluator:  Jane Pandell |

Before the court is plaintiff's request to compel the attendance of a representative from Zurich, the insurance company of defendant Mastercorp, Inc., at the second ENE session in this matter. In accordance with ADR L.R. 5-10 (e)(2), IT IS HEREBY ORDERED that a representative from Zurich with the appropriate authority to authorize settlement of the matter shall attend the ENE in person.

IT IS SO ORDERED.

August 6, 2012        By: _____
Dated                                      Donna M. Ryu
                                                    United States Magistrate Judge