UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

TERESA VIERA,
    Plaintiff,

v.

MASTERCORP, INC., et al.,
    Defendants.

No. C 11-1794 JCS

**ORDER COMPELLING ATTENDANCE OF APPROPRIATE AUTHORITY AT ENE**

Date: not yet scheduled
Evaluator: Jane Pandell

Before the court is plaintiff's request to compel the attendance of a representative from Zurich, the insurance company of defendant Mastercorp, Inc., at the second ENE session in this matter. In accordance with ADR L.R. 5-10 (e)(2), IT IS HEREBY ORDERED that a representative from Zurich with the appropriate authority to authorize settlement of the matter shall attend the ENE in person.

IT IS SO ORDERED.

August 6, 2012       By: _____
Dated
                                    Donna M. Ryu
                                    United States Magistrate Judge